IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET GIDLEY and NORMAN GIDLEY, | : | CIVIL ACTON |
| | : | NO. 09-3701 |
| v. | : | |
| | : | |
| ALLSTATE INSURANCE COMPANY | : | |

<u>ORDER</u>

AND NOW, this 6th day of October 2009, upon consideration of defendant Allstate Insurance Company's motion to dismiss counts II and IV of plaintiffs' complaint, plaintiffs' opposition thereto and defendant's reply it is hereby ORDERED that defendant's motion is GRANTED and counts II and IV of the complaint are dismissed.  Within fifteen (15) business days from the date of this Order, plaintiffs may amend their complaint with respect to count IV.

   /s/ Thomas N. O'Neill, Jr.
THOMAS N. O'NEILL, JR., J.